IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JOHN WALDRON,** | Case No. 2:22-CV-03556 |
| Plaintiff, | Judge Edmund A. Sargus, Jr. |
| v. | Magistrate Judge Elizabeth P. Deavers |
| **CHRIS BROWN, ET AL.,** | |
| Defendant. | |

### DEFENDANT CBE TOURING, LLC'S
### NOTICE OF SUBMISSION

Defendant CBE Touring, LLC ("CBE Touring") provides notice to the Court and all parties of the attached "Defendants' Motion to Dismiss, Plea in Abatement, and Original Answer" (the "Texas Motion"), which was filed in Texas state court. A "Live Performance Agreement" is attached to the Texas Motion.

The Texas Motion was filed after CBE Touring filed its motion to dismiss in the above-captioned case. Accordingly, as noted in CBE Touring's motion to dismiss, CBE Touring provides this supplement as an update to the Court and to all parties. [*See* Mot. Dismiss at 21 ("Should such a request be made, CBE Touring will supplement this Motion with a notice of submission."), Doc. No. 19, Page ID# 71.] Additionally, as referenced in Footnote 2 in CBE Touring's motion to dismiss, CBE Touring is providing a copy of a "Live Performance Agreement," which was attached to the Texas Motion. [*See* Mot. Dismiss at 3 fn. 2 (referring to agreement), Doc. No. 19, Page ID# 53.]

1

Respectfully submitted,

*/s/ William M. Mattes*
William M. Mattes (0040465)
Justin M. Burns (0093686)
DINSMORE & SHOHL LLP
191 W. Nationwide Blvd., Suite 300
Columbus, Ohio 43215
Tel:   (614) 628-6880
Fax:   (614) 628-6890
Email: bill.mattes@dinsmore.com;
justin.burns@dinsmore.com

*Counsel for Defendant CBE Touring, LLC*

2

## CERTIFICATE OF SERVICE

I certify that on January 31, 2023, the foregoing was filed through the Court's CM/ECF system, which will provide notice of filing to all parties who have entered an appearance. A copy has also been served on the following by electronic mail:

**CHRISTOPHER R. PETTIT**
1160 Dublin Road, Suite 400
Columbus, Ohio 43215
Email: cpettit@lnlattorneys.com

*and*

**JUSTIN FOX**
620 East Broad Street, Suite 200
Columbus, Ohio 43215
Email:  jfox@columbusattorney.net

*Counsel for Plaintiff John Waldron*

*s/ William M. Mattes*
William M. Mattes (0040465)