## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **JOHN WALDRON,** | Case No. 2:22-CV-03556 |
| Plaintiff, | Judge Edmund A. Sargus, Jr. |
| v. | Magistrate Judge Elizabeth Preston Deavers |
| **CHRIS BROWN, ET AL.,** | |
| Defendant. | |

## DEFENDANTS CBE TOURING, LLC'S
## CORRECTED DISCLOSURE STATEMENT

Pursuant to the Court's order [Doc. No. 76], Defendant CBE Touring, LLC ("CBE") states as follows pursuant to Rule 7.1 of the Federal Rule of Civil Procedure and Local Rule 7.1.1.

CBE's corporate disclosure statement on the Court's standard form [Doc. No. 16] remains accurate to the best of CBE's knowledge. CBE is not owned by a parent corporation or any publicly held corporation owning 10% or more of its stock. *See* Fed. R. Civ. P. 7.1(a)(1)(B). Additionally, CBE is not a parent, subsidiary, or other affiliate of a publicly owned corporation. Finally, CBE is not aware of any publicly owned corporation, not a party to the case, that has a financial interest in the outcome.

CBE supplements its prior disclosure pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure. Pursuant to Rule 7.1(a)(2), CBE states the following with respect to the names and citizenships of every individual or entity whose citizenship is attributed to CBE:

CBE Touring, LLC – Delaware

Chris Brown – Nevada

Joyce Hawkins – California

Consistent with S.D. Ohio Civ. R. 7.1(d), CBE is not aware of any reason why the aforementioned information requires disqualification.

          Respectfully submitted,

           */s/ Justin M. Burns*
William M. Mattes (0040465)
Justin M. Burns (0093686)
DINSMORE & SHOHL LLP
191 W. Nationwide Blvd., Suite 300
Columbus, Ohio 43215
Tel:   (614) 628-6880
Fax:   (614) 628-6890
Email: bill.mattes@dinsmore.com;
justin.burns@dinsmore.com

*Counsel for Defendants CBE Touring, LLC and Chris Brow*

**CERTIFICATE OF SERVICE**

I certify that on September 25, 2024, the foregoing was filed through the Court's CM/ECF system, which will provide notice of filing to all parties who have entered an appearance. A courtesy copy has also been served on the following by electronic mail:

**CHRISTOPHER R. PETTIT**
Dickie, McCamey & Chilcote
10 West Broad Street, Suite 1950
Columbus, Ohio 43215
Email: cpettit@dmclaw.com

*and*

**JUSTIN FOX**
The Fox Law Firm, LLC
5 E. Long Street, 603
Columbus, Ohio 43215
Email: jfox@columbusattorney.net

*Counsel for Plaintiff John Waldron*

**ANDREW CLARK STEBBINS**
Buckingham Doolittle & Burroughs, LLC
1375 E. 9th Street, Suite 1700
Cleveland, Ohio 44114
Email: astebbins@bdblaw.com

*and*

**BYRON M. BUCHANAN**
The Buchanan Law Office, PC
1002 Gemini, Suite 225c
Houston, Texas 77058
Email: byron@thebuchananlawoffice.com

*and*

**JOSEPH M. GOURRIER**
The Gourrier Law Firm, PLLC
4900 Fournance Place, Suite 456
Bellaire, Texas 77401
Email: joseph@gourrierlaw.com

*and*

**KIMBERLY R. BENNETT**
The Bennett Law Firm, PLLC
P.O. Box 11188
Houston, Texas 77293
Email: kbennetttx@earthlink.net

*Counsel for Defendant DML Real Estate Investors and Construction, LLC*

*s/ Justin M. Burns*
Justin M. Burns (0093686)